# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 11-CR-79-JHP** |
| | ) | |
| **ADA FRANCIS MILLER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER DECLARING CASE A COMPLEX MATTER

Upon consideration of the Joint Unopposed Motion to Declare This Case a Complex Matter Pursuant to 18 U.S.C. § 3161(h)(8)(b)(ii) (Docket Number # 14) and having held a hearing on the motion, the Court hereby grants the motion and finds that this matter is a complex case for the following reasons:

1.      The Indictment was filed in this case on December 6, 2011, and the Defendant made her initial appearance on December 14, 2011. The conspiracy charged therein alleged to have existed from 2007 until 2009.

2.      The discovery provided thus far has consisted of approximately 30,000 pages of documents. All parties agree there may be additional discovery materials forthcoming.

Accordingly, the Court deems this case unusual or complex, requiring extended litigation. It is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits ordinarily established under the Speedy Trial Act. The

ends of justice dictate that the period of delay shall be excludable in computing the time from which the Indictment was filed and in computing the time within which the trial of this matter must commence.  18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(ii).

The scheduling order that has been previously filed in this matter is stricken and a new order will be issued reflecting an April 2, 2012 trial date.

IT IS SO ORDERED this <u>30th</u> day of January, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma